CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 16 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:14CR000014-01 |
| v. ) | ORDER |
| ) | |
| JAMES KIRK BALDI, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's waiver of indictment, filed pursuant to Rule 7, be accepted, and this matter scheduled for conduct of Rule 11 proceedings.

It further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is

**ORDERED**

that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be scheduled for conduct of a Rule 11 plea hearing on June 18., 2014, @ 11:00 a.m. before the undersigned in the Charlottesville Division of this court.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: May 16, 2014

/s/ Glen Conrad
Chief United States District Judge